UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ABIGYALI PEREZ, an individual, | ) | Case No. 2:22-cv-06578-JLS-JEM |
| Plaintiff, | ) ) | |
| vs. | ) | **ORDER DISMISSING CASE** |
| FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 20, inclusive | ) ) ) ) | |
| Defendants. | ) ) | |

The parties' Joint Stipulation for Dismissal (Doc. 14) is approved. The entire action, including all claims stated herein against all parties, is hereby DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**.

DATED: April 3, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE